IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JACKSON PRESIDING

Criminal Case No. 13-CR-00070-RBJ

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. RAUL MENDOZA
**2. JULIA CASTILLO-CARVEO**
3. ISIDRO NOE MENDOZA-ORTIZ

Defendants.

## REQUEST FOR A DETERMINATION OF COMPETENCY

Counsel for Julia Castillo-Caraveo hereby request this Court order an outpatient evaluation of the defendant to determine if she is competent pursuant to 18 U.S.C. 4241 et seq. and states the following in support thereof:

1. Ms. Castillo-Caraveo is charged with Conspiracy to Commit Structuring in violation of 18 U.S.C. § 371 and 31 U.S.C. § 5324 and related offenses.

2. Counsel has met with Ms. Castillo-Caraveo on numerous occasions in preparation of this case.

3. Since her release from custody, it has become clear to counsel that Ms. Castillo-Caraveo is suffering from mental disease or defect that renders her unable to assist properly in her defense.

4. It is of paramount importance to note that Ms. Castillo-Caraveo is in total compliance with the terms and conditions of her bond and is in no danger of

2

violating the terms of her bond.

5. Counsel has contacted James Boma, the Assistant United States Attorney on the case, and he is in agreement that any evaluation should be done on an outpatient basis and not in custody.

6. During the last several months counsel has come to the opinion that a competency evaluation is necessary. Counsel reasonably believes that an issue exists that Ms. Castillo-Caraveo suffers from a mental disease of defect that affects her ability to understand the charges against her or affects her ability to participate and aid in her defense as set forth in 18 U.S.C. § 4241 et seq.

7. Further, if the Court has concerns about the sufficiency of this request counsel would request an in camera hearing so that confidential information is not released causing an waive of the attorney client or work product privilidges.

8. Counsel can state that Ms. Castillo-Caraveo has been under the treatment of mental health professionals since her release on bond. Pre-trial release is aware of this. It is of concern that any more specific statement of the basis for this request would violate Ms. Castillo-Caraveo rights pursuant to Health Insurance Portability and Accountability Act (HIPPA).

9. Counsel understands that this may cause a delay in the trial in this case, but feels that he has no choice but to raise this issue at this time.

Dated this 30th day of August 2013.

                                  S/Michael Root
                                  Michael G. Root
                                  Attorney for Ms. Castillo-Caraveo
                                  217 E. Seventh Ave.
                                  Denver, Colorado 80203
                                  (303) 318-7181
                                  fax (303)-318-7182
                                  mroot@mikerootlaw.com

CERTIFICATE OF SERVICE

A copy of this motion was electronically served on the following parties on 8/30/2013:

James Boma
Assistant United States Attorney

Counsel for the codefendants

                                            s.michaelroot

3